## SMITH v. AMERICAN AND EFIRD MILLS

No. 191 PC.

No. 160 (Fall Term)

Case below: 51 N.C. App. 480.

Petition by defendants for rehearing allowed, and orders dated 6 October 1981 denying petition for discretionary review and allowing motion to dismiss rescinded. Petition by defendants for discretionary review is now allowed and the motion to dismiss appeal is denied by order of the Court 1 December 1981.

## STATE v. ALSTON

No. 238 PC.

Case below: 44 N.C. App. 72.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 1 December 1981.

## STATE v. CHURCH

No. 163 PC.

Case below: 55 N.C. App. 132.

Petition by defendant for discretionary review under G.S. 7A-31 denied 22 December 1981.

## STATE v. OLIVER

No. 274 PC.

Case below: 52 N.C. App. 483.

Petition by defendant for discretionary review under G.S. 7A-31 denied 1 December 1981. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 1 December 1981.